# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY SMITH**, | : | **CIVIL ACTION NO. 1:11-CV-778** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **WEST MANHEIM TOWNSHIP**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 10th day of January, 2012, upon consideration of Defendant's Unopposed Motion (Doc. 24) to Stay Proceedings Pending Court's Ruling on Defendant's Motion to Dismiss, it is hereby ORDERED that said motion is GRANTED. This matter is hereby STAYED pending a ruling on Defendant's Motion to Dismiss and until further Order of this Court.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge